ARTHUR SANS SOUCY, Respondent, *v.* CRAVER, COWEE & BAXTER, INC., Appellant.

(Argued December 5, 1933; decided January 9, 1934.)

*Everett F. Warrington* for appellant.

*John J. McNamee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, LEHMAN and KELLOGG, JJ.